UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN KATZ, M.D., et al., <br><br> Defendants. | C17-387 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion, docket no. 11, for a protective order staying discovery pending the Court's ruling on defendants' motion for summary judgment is GRANTED. No discovery shall be conducted in this case until further order of the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of May, 2017.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1