UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEDCHOICE RISK RETENTION
GROUP, INC.,

        Plaintiff,

v.

STEVEN KATZ, M.D. AND REI
PROTECT, LLC,

        Defendants.

C17-387 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion for summary judgment to confirm arbitration award, dismiss plaintiff's claims, and for fees, docket no. 7, is RENOTED to June 23, 2017. The Court will consider defendants' motion together with plaintiff's motion to vacate, docket no. 22, which is noted for the same day.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of June, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1