THE HONORABLE THOMAS ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MEDCHOICE RISK RETENTION GROUP, INC. a Vermont Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN KATZ, MD, an individual, and REI PROTECT, LLC, a Washington Limited Liability Company,<br><br>    Defendants. | No. 2:17-cv-00387-TSZ<br><br>**STIPULATION AND ORDER GRANTING DEFENDANTS' PETITION FOR FEES AND DISMISSING ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE**<br><br>(Clerk's Action Required) |

COME NOW THE PARTIES hereto, and by way of stipulation, agree that the Court shall grant the defendants' Petition for Fees and further dismiss all claims against all parties in this lawsuit with prejudice, with fees and costs of $44,450.00 paid by MedChoice to the defendant REI Protect, LLC. A proposed form of order accompanies this stipulation.

MICHAEL & ALEXANDER PLLC

By: _/s/ Cindy M. Lin_____
Suzanne K. Michael, WSBA #14072
Cindy M. Lin, WSBA #42959
Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Benjamin J. Stone_____
Benjamin J. Stone, WSBA # 33436
Attorney for Defendant

STIPULATION AND ORDER GRANTING DEFENDANTS' PETITION FOR FEES AND DIMISSING ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE **- 1**

MICHAEL & ALEXANDER PLLC
701 Pike Street, Suite 1150
Seattle, WA 98101
206.442.9696

# ORDER

This matter having come on by way of stipulation of the parties for an order granting the defendants' petition for fees and dismissing all claims against all parties with prejudice. The Court having considered the stipulation and the records and files in this matter,

NOW, THEREFORE, IT IS ORDERED:

1. All remaining claims against all parties in this lawsuit are dismissed with prejudice; and
2. MedChoice shall pay fees and costs to REI Protect LLC in the amount of $44,450.00.

IT IS SO ORDERED.

DATED this 12th day of October, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

MICHAEL & ALEXANDER PLLC

By: _/s/ Cindy M. Lin_____
Suzanne Kelly Michael, WSBA #14072
Cindy M. Lin, WSBA #42959
Attorneys for Plaintiff

Copy Received
Notice of Presentation Waived:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Benjamin J. Stone_____
Benjamin J. Stone, WSBA # 33436
Attorney for Defendant

STIPULATION AND ORDER GRANTING DEFENDANTS' PETITION FOR FEES AND DIMISSING ALL CLAIMS AGAINST ALL PARTIES WITH PREJUDICE - 2

MICHAEL & ALEXANDER PLLC
701 Pike Street, Suite 1150
Seattle, WA 98101
206.442.9696